UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD TARUC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ADVANCE BUSINESS GROUPS INC, et al.,<br><br>　　　　　Defendant. | Case No.　8:25-cv-00753-SRM-DFM<br><br>**ORDER TO SHOW CAUSE** |

　　On June 5, 2025, Defendant Advance Business Groups Inc filed an Answer *pro se*, in an individual capacity, on behalf of Advance Business Groups Inc in response to Plaintiff Bernard Taruc's Complaint (Dkts. 1, 11).

　　A corporation may not represent itself in federal court without legal counsel. *See, e.g.*, *Rowland v. California Men's Colony*, 506 U.S. 194, 201-02 (1993). Additionally, Local Rule 83-2.2.2 states: "Only individuals may represent themselves *pro se*. No organization or entity of any other kind (including corporations, limited liability corporations, partnerships, limited liability partnerships, unincorporated associations, trusts) may appear in any action or proceeding unless represented by an attorney permitted to practice before this Court under L.R. 83-2.1." *See* L.R. 83-2.2.2.

Because Defendant Advance Business Groups Inc is a corporation, it must be represented by an attorney in this Court.

Accordingly, the Court **ORDERS** as follows:

1. Defendant Advance Business Groups Inc shall **SHOW CAUSE** in writing with this Court as to why default should not be entered against it for appearing improperly without legal counsel on or before **June 20, 2025**; and

2. Defendant Advance Business Groups Inc may respond to this **Order** to **Show Cause** by filing a notice of appearance of counsel. Failure to respond may result in default being entered against Defendant Advance Business Groups Inc.

**IT IS SO ORDERED.**

Dated: June 10, 2025

HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE